United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HERRERA and ROSARIO HERRERA, | ) Case No. C-11-709 SC |
| Plaintiffs, | ) ORDER REMANDING CASE TO |
| v. | ) <u>STATE COURT</u> |
| STREAMLINE FUNDING, INC.; WASHINGTON MUTUAL BANK, FA; JPMORGAN CHASE BANK, N.A., FEDERAL DEPOSIT INSURANCE COMPANY; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1 through 100, inclusive, | ) |
| Defendants. | ) |

In its May 26, 2011 Order, the Court granted the motion to dismiss brought by Defendant Federal Deposit Insurance Corporation ("FDIC"). ECF No. 21. The Court noted that because the only basis for removal of this action from state court was 12 U.S.C. § 1819(b)(2)(B) -- a removal statute that can only be exercised by the FDIC -- dismissal of FDIC from the action would destroy the only source of the Court's subject matter jurisdiction. The Court granted Plaintiffs Luis and Rosario Herrera ("Plaintiffs") thirty days' leave to file an amended complaint and provided that if Plaintiffs failed to amend their complaint or seek a stay within this time frame, the Court would dismiss all claims against FDIC with prejudice and sua sponte remand this action to California

1  Superior Court for the County of San Mateo.
2      Plaintiffs' deadline to amend their complaint has passed.
3  Accordingly, the Court DISMISSES WITH PREJUDICE Plaintiffs' claims
4  against Defendant Federal Deposit Insurance Corporation and REMANDS
5  this action to California Superior Court for the County of San
6  Mateo.
7
8      IT IS SO ORDERED.
9
10     Dated: July 7, 2011             
11                                     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California